UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
Civil Action No. 05:05CV-00050-R

NORDENE L. LORSON                     PLAINTIFF

VS.                      RESPONSE

WAL-MART STORES, INC.
and DAVID RHODES                     DEFENDANTS

Comes the Plaintiff by and through Counsel, and in response to the Order of this Court date August 15, 2005, states that it has no objection to the Motion to dismiss being granted.

This Counsel deeply apologizes to the Court and Counsel for the Defendant for not responding, however, due to some pressing legal matters that had to be attended to this Counsel somewhat lax in responding to said Motion, although quite frankly, Counsel felt like that if no response was filed the Motion would be granted, but Counsel does appreciate this Court allowing me the extra time to file the response in the event a response was to be filed.

Benjamin J. Lookofsky
ATTORNEY AT LAW
P.O. Box 696
Mayfield, Kentucky 42066
(270) 247-4263

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Response was served upon all parties by mailing and faxing same to Hon. Kathryn A. Quesenberry, Hon. Wendy C. Hyland, WOODWARD, HOBSON & FULTON. L.L.P, 2500 National City Tower, Louisville, Kentucky 40202; this the 24 day of August, 2005.

_____
Benjamin J. Lookofsky

**ATTORNEY FOR PLAINTIFF**