UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
ELECTRONICALLY FILED

| | | |
|---|---|---|
| **NORDENE L. LORSON** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:05CV-00050-R |
| | ) | |
| **WAL-MART STORES, INC.** | ) | |
| **and DAVID RHODES** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## ORDER

\* \* \*   \* \* \*   \* \* \*

Defendants, having filed a Motion to Dismiss Plaintiff's Amended Complaint, and upon consideration by the Court,

**IT IS ORDERED**:

Defendants' Motion to Dismiss is GRANTED. Lorson's claims asserted in her Complaint and Amended Complaint are dismissed in their entirety with prejudice.

This is a final and appealable order. There is no just cause for delay.

(No objection to dismissal by plaintiff)

Tendered by:


/s/Wendy C. Hyland
Kathryn A. Quesenberry, Esq.
Wendy C. Hyland, Esq.
WOODWARD, HOBSON & FULTON, L.L.P.
2500 National City Tower
Louisville, Kentucky 40202
(502) 581-8000
*Counsel for Defendants, Wal-Mart Stores, Inc.*
*and David Rhodes*